# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL NO. 21-77

VERSUS      SECTION M (3)

MICHAEL YUSKO, III

## NOTICE OF INITIAL APPEARANCE /ARRAIGNMENT

Take Notice that this criminal case has been set for INITIAL APPEARANCE /ARRAIGNMENT on **July 9, 2021, at 10:00 a.m.** before Magistrate Judge North by videoconference.

DATE: June 24, 2021

TO:
Michael Yusko

**COUNSEL FOR YUSKO:**
Ian Atkinson
ian@semmlaw.com

CAROL L. MICHEL, CLERK

By: Cherie Charles, Deputy Clerk

AUSA: Matthew R. Payne
    matthew.payne@usdoj.gov

U.S. Marshal

U.S. Probation/Pretrial Services Unit

**JUDGE ASHE**

**MAGISTRATE JUDGE**

COURT REPORTER COORDINATOR

FOREIGN LANGUAGE INTERPRETER:
None

Special Agent Cristina Jaime-Ramirez, FBI
neworleans@fbi.gov

If you change address, notify
Clerk of Court by phone,
(504) 589-7703